```
                    UNITED STATES BANKRUPTCY COURT
                     EASTERN DISTRICT OF MICHIGAN
                      SOUTHERN DIVISION - DETROIT
```

IN RE: Richard & Caroline Drouin              Case No. 10-71375
                                              Judge Shefferly
                                              Chapter 13

Richard & Caroline Drouin

Plaintiff,
          v.

Bank of America & Countrywide Home Loan
Servicing

Defendant,

Christopher M. Carey (P51527)              Adversary No. 10-
Gary Boren (P31217)
Dario D. Ianni (P67517)
BOREN & CAREY, P.C.
Attorneys for Debtor(s)
2727 S. Telegraph Road
Dearborn, MI 48124
ecf@borencarey.com
(313) 274-2999

**COMPLAINT DETERMINING THE EXTENT OF LIEN HELD BY BANK OF AMERICA & COUNTRYWIDE HOME LOAN SERVICING**

Debtors by and through their attorneys, Boren & Carey PC, state in support of this Adversary Complaint:

1.  This is an Adversary Proceeding in Bankruptcy brought by Debtor pursuant to Bankruptcy Rule 7001(2).

2.  This is a core proceeding in which this Court has jurisdiction pursuant to 28 USC § 1334(b).

3.  Debtors filed this Voluntary Petition for Chapter 13 Bankruptcy Relief on October 12, 2010.

4.  Venue is appropriate in the Eastern District of Michigan - Southern Division pursuant to 28 USC § 1408 and 1409.

5.  Plaintiffs purchased Real Property located in the City of Monroe, County of Monroe, State of Michigan, commonly known as 6177 Mentel Rd, Monroe, Michigan 48162. The Property is described as follows:

    > SOUTHEAST 1/4 OF SECTION 15, TOWN 6 SOUTH, RANGE 9 EAST, FRENCHTOWN TOWNSHIP, MONROE COUNTY, MICHIGAN, MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCING AT AN IRON PIPE AT THE NORTHEAST CORNER OF THE SOUTHEAST 1/4 OF SECTION 15; THENCE SOUTH 00 DEGREES 00 MINUTES 00 SECONDS EAST ON THE LINE OF THE SOUTHEAST 1/4, A DISTANCE OF 661.80 FEET TO A POINT BEING THE TRUE POINT OF BEGINNING OF THE PARCEL HEREIN DESCRIBED; THENCE CONTINUING SOUTH 00 DEGREES 00 MINUTES 00 SECONDS EAST ON THE EAST LINE OF THE NORTHEAST 1/4, A DISTANCE OF 443.82 FEET TO A POINT; THENCE SOUTH 74 DEGREES 40 MINUTES 45 SECONDS WEST, A DISTANCE OF 34.22 FEET TO A IRON PIN, THENCE CONTINUING SOUTH 74 DEGREES 40 MINUTES 45 SECONDS WEST, A DISTANCE OF 294.44 FEET TO AN IRON PIN, THENCE NORTH 38 DEGREES 09 MINUTES 00

SECONDS WEST, A DISTANCE OF 151.75 FEET TO AN IRON PIN; THENCE SOUTH
51 DEGREES 23 MINUTES 37 SECONDS WEST, A DISTANCE OF 147 FEET TO AN
IRON PIN; THENCE SOUTH 51 DEGREES 23 MINUTES 37 SECONDS WEST, A
DISTANCE OF 3.03 FEET TO A POINT ON THE CENTERLINE OF NORTH STONY
CREEK ROAD; THENCE NORTH 38 DEGREES 47 MINUTES 56 SECONDS WEST ON
THE CENTERLINE OF NORTH STONY CREEK ROAD, A DISTANCE OF 166.40 FEET
TO A POINT; THENCE NORTH 00 DEGREES 14 MINUTES 20 SECONDS WEST, A
DISTANCE OF 52.95 FEET TO AN IRON PIN; THENCE CONTINUING NORTH 00
DEGREES 14 MINUTES 20 SECONDS WEST, A DISTANCE OF 341.03 FEET TO AN
IRON PIN; THENCE NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST ON A
LINE BEING AT RIGHT ANGLES TO THE EAST LINE OF THE SOUTHEAST 1/4, A
DISTANCE OF 624.27 FEET TO AN IRON PIN; THENCE CONTINUING NORTH 90
DEGREES 00 MINUTES 00 SECONDS EAST, A DISTANCE OF 33.00 FEET TO THE
TRUE POINT OF BEGINNING

PARCEL ID # 07-015-006-20

6. Debtors' first mortgage has an approximate balance of $261,500.00.

7. Debtor's second mortgage with Bank of America & Countrywide Home Loan Servicing, was executed on September 11, 2006 in the amount of $64,000.00 and recorded October 6, 2006 at the Monroe County Register of Deeds under Liber Number 3166, Page 992.

8. As of the date of the filing of the Voluntary Petition, the value of this Real Property was believed to be no greater than $250,000.00.

WHEREFORE Plaintiffs request that this Honorable Court will enter an Order accordingly:

1. IT IS HEREBY ORDERED that upon completion of the debtor's Chapter 13 plan and the entry of a Chapter 13 discharge order in bankruptcy case number <u>10-71375</u>, mortgage ("Mortgage") dated <u>September 11, 2006</u>, covering the following prescribed property ("Property") situated in the <u>City of Monroe</u>, County of <u>Monroe</u>, State of <u>Michigan</u>, and further described as follows:

SOUTHEAST 1/4 OF SECTION 15, TOWN 6 SOUTH, RANGE 9 EAST,
FRENCHTOWN TOWNSHIP, MONROE COUNTY, MICHIGAN, MORE PARTICULARLY
DESCRIBED AS FOLLOWS: COMMENCING AT AN IRON PIPE AT THE NORTHEAST
CORNER OF THE SOUTHEAST 1/4 OF SECTION 15; THENCE SOUTH 00 DEGREES
00 MINUTES 00 SECONDS EAST ON THE LINE OF THE SOUTHEAST 1/4, A
DISTANCE OF 661.80 FEET TO A POINT BEING THE TRUE POINT OF
BEGINNING OF THE PARCEL HEREIN DESCRIBED; THENCE CONTINUING SOUTH
00 DEGREES 00 MINUTES 00 SECONDS EAST ON THE EAST LINE OF THE
NORTHEAST 1/4, A DISTANCE OF 443.82 FEET TO A POINT; THENCE SOUTH
74 DEGREES 40 MINUTES 45 SECONDS WEST, A DISTANCE OF 34.22 FEET TO
A IRON PIN, THENCE CONTINUING SOUTH 74 DEGREES 40 MINUTES 45
SECONDS WEST, A DISTANCE OF 294.44 FEET TO AN IRON PIN, THENCE
NORTH 38 DEGREES 09 MINUTES 00 SECONDS WEST, A DISTANCE OF 151.75
FEET TO AN IRON PIN; THENCE SOUTH 51 DEGREES 23 MINUTES 37 SECONDS
WEST, A DISTANCE OF 147 FEET TO AN IRON PIN; THENCE SOUTH 51
DEGREES 23 MINUTES 37 SECONDS WEST, A DISTANCE OF 3.03 FEET TO A
POINT ON THE CENTERLINE OF NORTH STONY CREEK ROAD; THENCE NORTH 38
DEGREES 47 MINUTES 56 SECONDS WEST ON THE CENTERLINE OF NORTH
STONY CREEK ROAD, A DISTANCE OF 166.40 FEET TO A POINT; THENCE
NORTH 00 DEGREES 14 MINUTES 20 SECONDS WEST, A DISTANCE OF 52.95
FEET TO AN IRON PIN; THENCE CONTINUING NORTH 00 DEGREES 14 MINUTES
20 SECONDS WEST, A DISTANCE OF 341.03 FEET TO AN IRON PIN; THENCE
NORTH 90 DEGREES 00 MINUTES 00 SECONDS EAST ON A LINE BEING AT
RIGHT ANGLES TO THE EAST LINE OF THE SOUTHEAST 1/4, A DISTANCE OF
624.27 FEET TO AN IRON PIN; THENCE CONTINUING NORTH 90 DEGREES 00
MINUTES 00 SECONDS EAST, A DISTANCE OF 33.00 FEET TO THE TRUE

POINT OF BEGINNING

        PARCEL ID # 07-015-006-20.

    recorded in the <u>Monroe </u>County Register of Deeds on <u>October 6, 2006 </u>Liber <u>3166</u> , Page<u> 992</u> , will be stripped from the Property and discharged.

2.  IT IS FURTHER ORDERED that upon completion of the debtor's Chapter 13 plan and entry of a Chapter 13 discharge order in bankruptcy case number <u>10-71375</u>, the debtor may record a certified copy of this order, with a copy of the debtor's Chapter 13 discharge order attached, with the <u>Monroe </u>County Register of Deeds, which will constitute and effectuate the discharge of Mortgage.

3.  IT IS FURTHER ORDERED that if the debtor fails to complete the debtor's Chapter 13 plan and obtain a Chapter 13 discharge order in bankruptcy case number <u>10-71375</u>, this order does not affect the validity or enforceability of the Mortgage and may not be used in any subsequent bankruptcy case of the debtor either to compel the holder of the Mortgage to execute a discharge of the Mortgage, or to otherwise act as a discharge of the Mortgage.

Date: October 20, 2010            /s/ Christopher Carey
                                  Christopher M. Carey (P51527)
                                  Gary Boren (P31217)
                                  Dario D. Ianni (P67517)
                                  BOREN & CAREY, P.C.
                                  Attorneys for Debtor(s)
                                  2727 S. Telegraph
                                  Dearborn, MI 48124
                                  313-274-2999
                                  ecf@borencarey.com